IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00476-CB-M |
| ) | |
| CATASTROPHE MANAGEMENT ) | |
| SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT

Pursuant to separate order entered this date granting the Defendant's motion to dismiss for failure to state a claim, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is hereby **DISMISSED** without prejudice.

**DONE** this the 27th day of March, 2014.


s/*Charles R. Butler, Jr.*
**Senior United States District Judge**